UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE CANTU, | ) | No. CV 11-10399 FFM |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| VENEZUELA, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Memorandum Decision and Order Dismissing Petition,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: <u>September 28, 2012</u>

                                                /S/ FREDERICK F. MUMM  
                                                  FREDERICK F. MUMM  
                                             United States Magistrate Judge