1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GEORGE CANTU,                     )   No. CV 11-10399 FFM
                                  )
              Petitioner,         )
                                  )   JUDGMENT
       v.                         )
                                  )
VENEZUELA,                        )
                                  )
              Respondent.         )
_____  )

Pursuant to the Memorandum Decision and Order Dismissing Petition,

IT IS ADJUDGED that the Petition is dismissed with prejudice.


DATED: September 28, 2012


                              ____/S/ FREDERICK F. MUMM____
                                    FREDERICK F. MUMM
                                United States Magistrate Judge